**CONTINUATION OF CRIMINAL**
**JURY TRIAL PROCEEDINGS (DAY 3)**

| | |
|---|---|
| Date: <u>12/14/2022</u> | Case No<u>: 1:22-cr-165</u> |
| Before the Honorable: <u>Michael S. Nachmanoff</u> | |
| Court Reporter: <u>Diane Salters</u> | |

9:36-9:40 (0:04)
11:05-11:08 (0:03)
1:30-1:37 (0:07)
3:21-4:01 (0:40)
4:24-5:22 (0:58)

| PARTIES | COUNSEL |
|---|---|
| **UNITED STATES OF AMERICA** vs. | Thomas Traxler and Amanda Lowe |
| **Hatchet Speed** | Courtney Dixon, Brooke Rupert, and Nicholas McGuire |

THIS MATTER CAME ON FOR FURTHER TRIAL BY JURY. APPEARANCES AS PREVIOUS.

- Jurors excused for deliberation at 9:39 a.m.
- Requests regarding Juror Notes #3, and #4- addressed.
- Matters regarding Juror Note #5 placed under seal.
- Jury voir dire with respect to Jury Note #5
- Juror #6 struck.
- Alternate jurors to report tomorrow 12/15/2022 at 9:30 am for Voir Dire
- Jurors to report 10:00 am to continue deliberations.
- Final instructions provided to jury.
- Jury released at 5:20 pm to continue deliberations at discussed date.

The Jury Returned to the Courtroom With a Verdict of: _____

| | | |
|---|---|---|
| Jury Polled [     ] | Jury Discharged [     ] | Jury Verdict Filed in Open Court [     ] |
| Deft(s) Remanded [     ] | Deft(s) Continued on Present Bond [     ] | |
| PSIR Ordered [     ] | Deft(s) Directed to Report to P.O. [     ] | |

Case Continued To: _____   For _____