IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:22-CR-165-MSN |
| v.                         ) | |
| ) | The Honorable Michael S. Nachmanoff |
| HATCHET M. SPEED,        ) | |
| ) | Trial: January 17, 2023 |
| Defendant.                ) | |

GOVERNMENT'S AMENDED EXHIBIT LIST

The United States of America, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, Thomas W. Traxler and Amanda Lowe, Assistant United States Attorneys, hereby submits an amended exhibit list for the retrial in this case. The amended exhibit list adds four exhibits—Exhibits 75, 76, 77, and 78—to the exhibit list filed on January 4, 2023. *See* Dkt No. 106. The government notified the defense of its intention to add these exhibits—and provided copies of the exhibits—on January 12, 2023.

| EXHIBIT NO. | DESCRIPTION | ADMITTED/ NOT ADMITTED |
|---|---|---|
| **Speed's Meetings with FBI Undercover Employee (UCE)** | | |
| 1 | Disc Containing Excerpts of Recording of Meeting Between Hatchet Speed and UCE (Mar. 15, 2022) | |
| 1A – 1C | Excerpts of Recording of Meeting Between Hatchet Speed and UCE (Mar. 15, 2022) | |
| 1D – 1F | Transcript Excerpts of Recording of Meeting Between Hatchet Speed and UCE (Mar. 15, 2022) | |
| 2 | Disc Containing Excerpts of Recording of Meeting Between Hatchet Speed and UCE (Mar. 22, 2022) | |
| 2A – 2B | Excerpts of Recording of Meeting Between Hatchet Speed and UCE (Mar. 22, 2022) | |
| 2C – 2D | Transcript Excerpts of Recording of Meeting Between Hatchet Speed and UCE (Mar. 22, 2022) | |
| 3 | Disc Containing Excerpts of Recording of Meeting Between Hatchet Speed and UCE (Apr. 7, 2022) | |

| 3A – 3D | Excerpts of Recording of Meeting Between Hatchet Speed and UCE (Apr. 7, 2022) | |
|---|---|---|
| 3E – 3H | Transcript Excerpts of Recording of Meeting Between Hatchet Speed and UCE (Apr. 7, 2022) | |
| 4 | *(intentionally left blank)* | |
| 5 | *(intentionally left blank)* | |
| 6 | *(intentionally left blank)* | |
| 7 | *(intentionally left blank)* | |
| 8 | *(intentionally left blank)* | |
| 9 | *(intentionally left blank)* | |
| **Speed's Panic Buying of Firearms** | | |
| 10A | 902(11) Certificate – Vienna Arsenal (Nov. 4, 2022) | |
| 10B | ATF Forms 4473 and Virginia Firearms Transaction Records – Vienna Arsenal | |
| 11A | 902(11) Certificate – Vienna Arsenal (Nov. 16, 2022) | |
| 11B | ATF Forms 4473 and Virginia Firearms Transaction Records – Vienna Arsenal | |
| 12A | 902(11) Certificate – Herndon Arms (Nov. 4, 2022) | |
| 12B | ATF Form 4473 and Virginia Firearms Transaction Record – Herndon Arms | |
| 13 | Summary Chart – Information from ATF Forms 4473 | |
| 14A | 902(11) Certificate – JPMorgan Chase Bank (Sept. 15, 2021) | |
| 14B | JPMorgan Chase Bank Records | |
| 15A | 902(11) Certificate – Wells Fargo (Feb. 11, 2022) | |
| 15B | Wells Fargo Bank Statements | |
| 16 | Summary Chart of Purchases from February 2021 to May 2021 | |
| 17A | 902(11) Certificate – Hill Country Class 3, LLC (d/b/a Silencer Shop) (Nov. 16, 2022) | |
| 17B | Silencer Shop Invoices and ATF Forms 4 | |

| | | |
|---|---|---|
| 18 | Summary Chart of Silencer Purchases from Silencer Shop | |
| 19 | *(intentionally left blank)* | |
| **Speed's Purchase of Devices from Hawk Innovative Tech** | | |
| 20A | 902(11) Certificate – Google (Apr. 7, 2022) | |
| 20B | Google Subscriber Information (speedness@gmail.com) | |
| 20C | Email re: "Order Update – Tax Stamp Cashed" (Mar. 11, 2021) | |
| 20D | Email re: "Your Hawk Innovative Tech Account Has Been Created!" (Mar. 17, 2021) | |
| 20E | Email re: "Your Hawk Innovative Tech Order Has Been Received!" (Mar. 17, 2021) | |
| 20F | Hawk Innovative Tech Invoice 26015 (Mar. 17, 2021) | |
| 20G | Email re: "Note Added to Your Hawk Innovative Tech Order from March 17, 2021" (Mar. 20, 2021) | |
| 21A | 902(11) Certificate – United States Postal Service (Nov. 17, 2022) | |
| 21B | USPS Scan Data 9405536205309739486057 | |
| 22 | Photograph Reflecting Seizure of Hawk Innovative Tech Website | |
| 23 | *(intentionally left blank)* | |
| 24 | *(intentionally left blank)* | |
| **Miscellaneous** | | |
| 25 | MTM Gun Cleaning Patch Cleaner* | |
| 26 | Universal Rifle Cleaning Patch Solvent Trap* | |
| 27 | RangeMaxx All-In-One Firearm Cleaning Kit* | |
| 28A | Photograph of Sig Sauer MCX Multi-Caliber Firearm, S/N: 63G002090, with Hawk Innovative Tech Device (AB 7/16) attached | |
| 28B | Photograph of Sig Sauer MCX Multi-Caliber Firearm, S/N: 63G002090, with Hawk Innovative Tech Device (AB 7/16) attached | |
| 29A | Photograph of FN 9mm pistol, S/N: GKS0123707, with Hawk Innovative Tech Device (TB 3/8) attached | |

| | | |
|---|---|---|
| 29B | Photograph of FN 9mm pistol, S/N: GKS0123707, with Hawk Innovative Tech Device (TB 3/8) attached | |
| **Search of Speed's Storage Unit** | | |
| 30A | 902(11) Certificate – American Self Storage (Nov. 15, 2022) | |
| 30B | American Self Storage Records | |
| 31 | Hawk Innovative Tech Device (AB 7/16) with Materials Included in Packaging* | |
| 32 | Hawk Innovative Tech Device (HD 1/4) with Materials Included in Packaging* | |
| 33 | Hawk Innovative Tech Device (TB 3/8) with Materials Included in Packaging* | |
| 34A | Photograph of Hawk Innovative Tech Device (AB 7/16) – Inside Packaging | |
| 34B | Photograph of Hawk Innovative Tech Device (AB 7/16) – Outside Packaging | |
| 34C | Photograph of Hawk Innovative Tech Device (HD 1/4) – Inside Packaging | |
| 34D | Photograph of Hawk Innovative Tech Device (HD 1/4) – Outside Packaging | |
| 34E | Photograph of Hawk Innovative Tech Device (TB 3/8) – Inside Packaging | |
| 34F | Photograph of Hawk Innovative Tech Device (TB 3/8) – Outside Packaging with Inserts | |
| 34G | Photograph of Hawk Innovative Tech Device (TB 3/8) – Outside Packaging Without Inserts | |
| 34H | Photograph of Hawk Innovative Tech Insert – "D Size Solvent Filter" | |
| 34I | Photograph of Hawk Innovative Tech Insert – "D Size Solvent Filter" | |
| 34J | Photograph of Hawk Innovative Tech Insert – "B Size Solvent Filter Assembly" | |
| 35 | Chain of Custody Form for Hawk Innovative Tech Device (AB 7/16) | |
| 36 | Chain of Custody Form for Hawk Innovative Tech Device (HD 1/4) | |
| 37 | Chain of Custody Form for Hawk Innovative Tech Device (TB 3/8) | |
| 38 | Sig Sauer MCX Multi-Caliber Firearm, S/N: 63G002090* | |
| 39 | FN 9mm pistol, S/N: GKS0123707* | |
| 40A | Photograph of Sig Sauer MCX Multi-Caliber Firearm, S/N: 63G002090 | |

| | |
|---|---|
| 40B | Photograph of Sig Sauer MCX Multi-Caliber Firearm, S/N: 63G002090 |
| 40C | Photograph of Sig Sauer MCX Multi-Caliber Firearm, S/N: 63G002090 |
| 41A | Photograph of FN 9mm pistol, S/N: GKS0123707 |
| 41B | Photograph of FN 9mm pistol, S/N: GKS0123707 |
| 41C | Photograph of FN 9mm pistol, S/N: GKS0123707 |
| 42 | Chain of Custody Form for Sig Sauer MCX Multi-Caliber Firearm, S/N: 63G002090 |
| 43 | Chain of Custody Form for FN 9mm pistol, S/N: GKS0123707 |
| 44 | Dead Air 7.62mm Silencer, S/N: MADL-1569* |
| 45 | Dead Air 7.62mm Silencer, S/N: SMS-19168* |
| 46 | Rugged Suppressors Surge 7.62mm Silencer, S/N: DCAS-2018* |
| 47A | Photograph of Dead Air 7.62mm Silencer, S/N: MADL-1569 |
| 47B | Photograph of Dead Air 7.62mm Silencer, S/N: MADL-1569 |
| 47C | Photograph of Dead Air 7.62mm Silencer, S/N: SMS-19168 |
| 47D | Photograph of Dead Air 7.62mm Silencer, S/N: SMS-19168 |
| 47E | Photograph of Rugged Suppressors Surge 7.62mm Silencer, S/N: DCAS-2018 |
| 47F | Photograph of Rugged Suppressors Surge 7.62mm Silencer, S/N: DCAS-2018 |
| 48A | Chain of Custody Form for Dead Air 7.62mm Silencer, S/N: MADL-1569 |
| 48B | Chain of Custody Form for Dead Air 7.62mm Silencer, S/N: SMS-19168 |
| 48C | Chain of Custody Form for Rugged Suppressors Surge 7.62mm Silencer, S/N: DCAS-2018 |
| 49 | Summary Chart of Firearms & Firearms-related Accessories Seized During Search of Storage Unit |
| **Examination of Hawk Innovative Tech Devices** | |
| 50 | National Firearms Registration and Transfer Record Search Certificate (Oct. 4, 2022) |
| 51 | Curriculum Vitae of Eve E. Eisenbise |

| | | |
|---|---|---|
| 52A | Photograph - Exhibit 1 Packaging | |
| 52B | Photograph - Exhibit 1 Disassembled | |
| 52C | Photograph - Exhibit 1 Disassembled, Internal Components | |
| 52D | Photograph - Exhibit 1 Front End-Cap | |
| 52E | Photograph - Exhibit 1 Metal Adapter, Muzzle Break and Outer Body | |
| 52F | Photograph - Exhibit 2 Packaging | |
| 52G | Photograph - Exhibit 2 Outer Body and End-Caps | |
| 52H | Photograph - Exhibit 2 Internal Components | |
| 52I | Photograph - Exhibit 2 Front End-Cap | |
| 52J | Photograph - Exhibit 2 Hole Drilled | |
| 52K | Photograph - Exhibit 3 Packaging | |
| 52L | Photograph - Exhibit 3 Outer Body and End-Caps | |
| 52M | Photograph - Exhibit 3 Disassembled | |
| 53 | Report of Technical Examination (Aug. 1, 2022) | |
| 54 | E. Eisenbise Expert Report (Dec. 30, 2022) | |
| 55A | Photograph of MTM Gun Cleaning Patch Cleaner from Amazon Website | |
| 55B | Photograph of MTM Gun Cleaning Patch Cleaner from Amazon Website | |
| 56 | Photograph of Universal Rifle Cleaning Patch Solvent Trap from eBay | |
| 57 | United States Patent 8,714,301 B2 (May 6, 2014) | |
| 58 | United States Patent 10,724,817 B2 (July 28, 2020) | |
| 59 | United States Patent 7,610,992 B2 (Nov. 3, 2009) | |
| **Stipulations** | | |
| 60 | Stipulation Concerning Storage Unit | |

| | | |
|---|---|---|
| 61 | Stipulation Concerning National Firearms Registration and Transfer Record | |
| 62 | Stipulation Concerning Chain of Custody for Hawk Innovative Tech Devices | |
| 63 | *(intentionally left blank)* | |
| 64 | *(intentionally left blank)* | |
| 65 | *(intentionally left blank)* | |
| **Search of Speed's Residence** | | |
| 66 | Dead Air Wolfman Silencer, S/N: WM9-10699* | |
| 67 | Gemtech Lunar-45 Silencer, S/N: S20-005515* | |
| 68 | Gemtech Lunar-9 Silencer, S/N: S20-005872* | |
| 69 | Griffin Armament Resistance 45 Silencer, S/N: R45-0908* | |
| 70A | Photograph of Dead Air Wolfman Silencer, S/N: WM9-10699 | |
| 70B | Photograph of Dead Air Wolfman Silencer, S/N: WM9-10699 | |
| 70C | Photograph of Gemtech Lunar-45 Silencer, S/N: S20-005515 | |
| 70D | Photograph of Gemtech Lunar-45 Silencer, S/N: S20-005515 | |
| 70E | Photograph of Gemtech Lunar-9 Silencer, S/N: S20-005872 | |
| 70F | Photograph of Gemtech Lunar-9 Silencer, S/N: S20-005872 | |
| 70G | Photograph of Griffin Armament Resistance 45 Silencer, S/N: R45-0908 | |
| 70H | Photograph of Griffin Armament Resistance 45 Silencer, S/N: R45-0908 | |
| 71A | Chain of Custody Form for Dead Air Wolfman Silencer, S/N: WM9-10699 | |
| 71B | Chain of Custody Form for Gemtech Lunar-45 Silencer, S/N: S20-005515 | |
| 71C | Chain of Custody Form for Gemtech Lunar-9 Silencer, S/N: S20-005872 | |
| 71D | Chain of Custody Form for Griffin Armament Resistance 45 Silencer, S/N: R45-0908 | |
| 72A | Photograph of Fairfax County Office of Elections Mail, Addressed to Hatchet M. Speed from Search of Residence | |

| | | |
|---|---|---|
| 72B | Photograph of Hatchet Speed's United States Government Identification Card from Search of Residence | |
| 73 | *(intentionally left blank)* | |
| 74 | *(intentionally left blank)* | |
| **Patent Comparison Photographs** | | |
| 75 | Silencer Design Comparison: US Patent Application 2019/0170467 A1 | |
| 76 | Silencer Design Comparison: Exhibit 1 and US Patent Application 2009/0139795 A1 | |
| 77 | Silencer Design Comparison: Exhibit 2 and US Patent Application 2009/0139795 A1 | |
| 78 | Silencer Design Comparison: Exhibit 3 and US Patent Application 2009/0139795 A1 | |

\* Physical evidence will be brought to Court the first day of trial.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
Thomas W. Traxler
Amanda Lowe
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3700
Facsimile (703) 299-3980
Email: thomas.traxler@usdoj.gov
           amanda.lowe@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of January, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                                                                                   /s/
                                              Thomas W. Traxler
                                              Assistant United States Attorney