IN THE UNITED STATES COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | Criminal No. 1:22-cr-165 |
| ) | |
| HATCHET SPEED    ) | Hon.  Michael S. Nachmanoff |
| ) | |
| Defendant.      ) | |

NOTICE OF APPEAL

The defendant in the above-styled case hereby notes his appeal to the United States Court of Appeals for the Fourth Circuit from the final Judgment (Doc. 156) filed in this court on the 13th day of April, 2023 and entered on the 18th day of April, 2023.

Respectfully submitted on this 28th day of April, 2023.

Respectfully submitted,

HATCHET SPEED

_____/s/_____
Brooke S. Rupert, 79729
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
Tel:   (703) 600-0849
Fax:   (703) 600-0880
E-mail: Brooke_Rupert@fd.org

Courtney Dixon
*Pro hac vice*
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Tel:   (703) 600-0800
Fax:   (703) 600-0880
E-mail: courtney_dixon@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2023, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: _____/s/_____
Brooke S. Rupert, 79729
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
Tel:   (703) 600-0849
Fax:   (703) 600-0880
E-mail: Brooke_Rupert@fd.org